Commonwealth *v.* Boley, Appellant.

Submitted June 11, 1969. *Thomas E. Harting,* for appellant; *James F. Heinly,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Burgos, Appellant.

Argued June 12, 1969. *Mervyn R. Turk* and *R. Barclay Surrick,* Assistant Public Defenders, and *Charles J. Odgers, Jr.,* Public Defender, for appellants; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.